IN THE UNITED STATES DISTRICT COURT

FOR THE DELAWARE DISTRICT

| | |
|---|---|
| VEHICLE INTERFACE TECHNOLOGIES, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 12-1285-RGA ) |
| JAGUAR LAND ROVER NORTH AMERICA, LLC, | ) ) ) ) |
| Defendant. | ) |

**JAGUAR LAND ROVER NORTH AMERICA, LLC'S**
**MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Jaguar Land Rover North America, LLC ("Defendant") hereby moves for summary judgment that the asserted claims of the patent-in-suit, U.S. Patent No. 6,842,677 (the "'677 Patent"), are invalid as anticipated by the 2001 Mercedes-Benz E-Class. Defendant further moves for summary judgment that the asserted claims of the '677 Patent are invalid as anticipated and/or rendered obvious by U.S. Patent No. 6,373,472 ("Palalau"). Defendant also moves for summary judgment that the accused product in this case, the Jaguar XJ, does not infringe the '677 Patent. The grounds for this motion are set forth in Defendant's Opening Brief in Support of its Motion for Summary Judgment, which is being filed contemporaneously herewith.

|  |  |
|---|---|
|  | Respectfully submitted, |
| OF COUNSEL:<br>Matthew J. Moore<br>LATHAM & WATKINS, LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, D.C. 20004<br>(202) 637-2278<br><br>Clement J. Naples<br>LATHAM & WATKINS, LLP<br>885 Third Avenue<br>New York, NY 10022<br>(212) 906-1331<br><br>Lisa K. Nguyen<br>LATHAM & WATKINS, LLP<br>140 Scott Drive<br>Menlo Park, CA 94025<br>(650) 328-4600<br><br>Dated: October 3, 2014 | */s/ Stephanie E. O'Byrne*<br>John W. Shaw (No. 3362)<br>Stephanie E. O'Byrne (No. 4446)<br>SHAW KELLER LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>sobyrne@shawkeller.com<br>*Attorneys for Defendant Jaguar Land Rover North America, LLC* |


Respectfully submitted,

OF COUNSEL:
Matthew J. Moore
LATHAM & WATKINS, LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
(202) 637-2278

Clement J. Naples
LATHAM & WATKINS, LLP
885 Third Avenue
New York, NY 10022
(212) 906-1331

Lisa K. Nguyen
LATHAM & WATKINS, LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600

Dated: October 3, 2014

*/s/ Stephanie E. O'Byrne*
John W. Shaw (No. 3362)
Stephanie E. O'Byrne (No. 4446)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
sobyrne@shawkeller.com
*Attorneys for Defendant Jaguar Land Rover North America, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DELAWARE DISTRICT

| | |
|---|---|
| VEHICLE INTERFACE TECHNOLOGIES, LLC, ) ) ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 12-1285-RGA |
| ) | |
| JAGUAR LAND ROVER NORTH AMERICA, LLC, ) ) ) | |
| Defendant. ) | |

### [PROPOSED]  O R D E R

At Wilmington this _____ day of _____, 2014, consistent with the Memorandum Opinion issued this same date, IT IS HEREBY ORDERED THAT:

Defendant Jaguar Land Rover North America, LLC's Motion for Summary Judgment (D.I. _____) is GRANTED.

_____
United States District Judge