

John W. Shaw
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
(302) 298-0701 - Direct
jshaw@shawkeller.com

July 15, 2016

**BY CM/ECF & HAND DELIVERY**

The Honorable Richard G. Andrews
United States District Court
844 N. King Street
Wilmington, DE 19801

    Re:    *Vehicle Interface Technologies, Inc. v. Jaguar Land Rover N.A., LLC*,
             C.A. Nos. 12-1285-RGA & 14-339-RGA

Dear Judge Andrews:

    I write on behalf of Jaguar Land Rover North America, LLC ("JLRNA") in connection with the Court's June 15, 2016 Memorandum Order (D.I. 169) concerning JLRNA's request for fees. The parties have agreed on a form of proposed order consistent with the Court's instructions; this joint proposed form of order is attached under Tab 1.

    Also as directed by the Court, JLRNA has filed the supporting documentation in the form of two declarations – one submitted by me and the other by Lisa Nguyen. Both declarations are linked to this letter in CM/ECF.

    Should Your Honor have any questions or concerns, counsel for the parties are available at the convenience of the Court.

                            Respectfully submitted,

                            */s/ John W. Shaw*

                            John W. Shaw (No. 3362)

cc:    Clerk of the Court (via Hand Delivery)
        All Counsel of Record (via CM/ECF & e-mail)