IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VEHICLE INTERFACE TECHNOLOGIES, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 12-1285-RGA |
| JAGUAR LAND ROVER NORTH AMERICA, LLC, | ) ) ) | |
| Defendant. | ) ) | |
| VEHICLE INTERFACE TECHNOLOGIES, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 14-339-RGA |
| JAGUAR LAND ROVER NORTH AMERICA, LLC, | ) ) ) | |
| Defendant. | ) ) | |

## <u>NOTICE OF SERVICE</u>

PLEASE TAKE NOTICE that on October 11, 2016, the following documents were

served on the persons listed below in the manner indicated below:

1. Defendant Jaguar Land Rover North America's First Set of Interrogatories in Aid of Execution

2. Defendant Jaguar Land Rover North America's First Set of Requests for Production of Documents in Aid of Execution

**BY E-MAIL**

Robert E. Freitas
David J. Weinberg
FREITAS ANGELL & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, CA  94065
(650) 593-6300
rfreitas@fawlaw.com
dweinberg@fawlaw.com

Richard D. Kirk
Stephen B. Brauerman
Vanessa R. Tiradentes
Sara E. Bussiere
BAYARD, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
sbussiere@bayardlaw.com

*/s/ Andrew E. Russell*
 John W. Shaw (No. 3362)
 Andrew E. Russell (No. 5382)
 SHAW KELLER LLP
 300 Delaware Avenue, Suite 1120
 Wilmington, DE 19801
 (302) 298-0700
OF COUNSEL:                          jshaw@shawkeller.com
Matthew J. Moore                     arussell@shawkeller.com
LATHAM & WATKINS LLP                 *Attorneys for Defendant Jaguar Land Rover*
555 Eleventh Street, N.W., Suite 1000 *North America, LLC*
Washington, D.C. 20004
(202) 637-2278

Clement J. Naples
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
(212) 906-1331

Lisa K. Nguyen
LATHAM & WATKINS
140 Scott Drive
Menlo Park, CA 94025
(650) 470-4848

Dated: October 11, 2016