

| | |
|---|---|
| 222 Delaware Avenue • Suite 900 | Writer's Direct Access: |
| P.O. Box 25130 • Wilmington, DE 19899 | (302) 429-4232 |
| Zip Code For Deliveries 19801 | Email: sbrauerman@bayardlaw.com |

January 19, 2017

**VIA ELECTRONIC FILING**

The Honorable Richard G. Andrews
United States District Court Judge
District of Delaware
844 N. King Street
Wilmington, DE  19801

    Re:   *Vehicle Interface Techs., LLC v. Jaguar Land Rover North Am., LLC,*
           Nos. 12-1285 and 14-339 (D. Del.)

Dear Judge Andrews:

      The January 18, 2017 letter filed by Jaguar Land Rover North America, LLC ("JLRNA") addressed a dispute related to the production of the minutes of certain meetings of the members of Vehicle Interface Technologies, LLC ("VIT").  While the parties have not arrived at a meeting of the minds on the relevance of JLNRA's discovery requests, all of the meeting minutes have now been produced.  Nothing remains of the dispute addressed in JLRNA's letter.[1]

                                    Sincerely,

                                    /s/ Stephen B. Brauerman

                                    Stephen B. Brauerman (4952)

---

[1] There are various statements in JLRNA's letter regarding the facts and the law that are incorrect or incomplete.  Because the dispute has been resolved, VIT will not address them at this time.



www.bayardlaw.com            Phone: (302) 655-5000            Fax: (302) 658-6395