NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VEHICLE INTERFACE TECHNOLOGIES LLC,**
*Plaintiff-Appellee*

v.

**JAGUAR LAND ROVER NORTH AMERICA LLC,**
*Defendant-Appellant*

---

2018-1436, -1437

---

Appeals from the United States District Court for the District of Delaware in No. 1:12-cv-01285-RGA, 1:14-cv-00339-RGA, Judge Richard G. Andrews.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the parties' joint motion to voluntarily dismiss these appeals from Vehicle Interface Technologies v. Jaguar Land Rover North Am., Nos. 1:12-cv-01285-RGA and 1:14-cv-00339-RGA (D. Del.),

2    VEHICLE INTERFACE TECHNOLOGIES v. JAGUAR LAND ROVER NORTH AM.

IT IS ORDERED THAT:

(1)    The motion is granted.

(2)    Each side shall bear its own costs.

FOR THE COURT

December 19, 2018      /s/ Peter R. Marksteiner
Date      Peter R. Marksteiner
    Clerk of Court

ISSUED AS A MANDATE: December 19, 2018

m2